COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:          Xinia Mayarith Ayala v. Jose L. Ayala

Appellate case number:     01-13-00270-CV

Trial court case number:   2011-35241

Trial court:                          312th District Court of Harris County

Appellant, Xinia Mayarith Ayala, has filed a "Motion for Extension of Time to File a Brief," requesting an additional 10 days to file her brief. Appellant's brief is due 30 days after the complete appellate record is filed in this Court. *See* TEX. R. APP. P. 38.6(a). Although the reporter's record has been filed, only a clerk's record on indigence, and not the complete clerk's record, has been filed to date. Accordingly, appellant's brief is not yet due, and we **DISMISS** her motion for extension of time to file a brief as moot.

Appellant has also filed a "Motion to Appoint to [sic] Attorney," requesting that we appoint counsel to represent her because of her financial situation and because she is not receiving child support. Appellant has not, however, shown exceptional circumstances that warrant the appointment of counsel in this case. *See Gibson v. Tolbert*, 102 S.W.3d 710, 712 (Tex. 2003); *Mustapha v. HSBC Bank USA, Nat'l Ass'n*, No. 14-11-00112-CV, 2012 WL 273897, at *1 (Tex. App.—Houston [14th Dist.] Jan. 31, 2012, pet. denied) (not designated for publication). Accordingly, we **DENY** appellant's motion to appoint counsel.

Nevertheless, appellant has filed an affidavit of indigence in this case. *See* TEX. R. APP. P. 20.1(a)(2). The trial court clerk has filed a clerk's record on indigence, which contains a timely-filed contest to the affidavit of indigence but does not reflect that the trial court conducted a hearing or ruled on the contest. *See* TEX. R. APP. P. 20.1(e), (i)(2), (i)(4). Therefore, the allegations in the affidavit are deemed true, and appellant is entitled to proceed without advance payment of costs. *See* TEX. R. APP. P. 20.1(i)(4).

The Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without advance payment of costs.

It is further **ORDERED** that the district clerk file with this Court, within 30 days of the date of this order and at no cost to appellant, a clerk's record containing the items specified in Texas Rule of Appellate Procedure 34.5(a). *See* TEX. R. APP. P. 20.1(k).

Appellant's brief is **ORDERED** filed with this Court within 30 days after the date the clerk's record is filed.[1] *See* TEX. R. APP. P. 38.6(a).  Appellee's brief, if any, must be filed within 30 days after the date the appellant's brief is filed.  *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.


Judge's signature: /s/ Laura C. Higley

          ☑ Acting individually    ☐ Acting for the Court


Date: July 31, 2013

---

[1] The reporter's record was filed on June 12, 2013.